1 | K. Randolph Moore, SBN 106933
2 | Tanya E. Moore, SBN 206683
  | MOORE LAW FIRM, P.C.
3 | 332 North Second Street
  | San Jose, California  95112
4 | Telephone (408) 298-2000
  | Facsimile (408) 298-6046
5 | Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
John Morales

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| JOHN MORALES, | ) No.  1:12-cv-00274-LJO-SKO |
|---|---|
| Plaintiff, | ) **STIPULATION FOR DISMISSAL OF** |
| vs. | ) **DEFENDANT 4188 E. DAKOTA, LLC** |
|  | ) **ONLY; ORDER** |
| 4188 E. DAKOTA, LLC, et al., | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between Plaintiff John Morales and Defendant 4188 E. Dakota, LLC ("Defendant"), the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), only Defendant 4188 E. Dakota, LLC is hereby dismissed from this action with prejudice.

Date: October 10, 2012                                MOORE LAW FIRM, P.C.


                                                      /s/Tanya E. Moore
                                                      Tanya E. Moore
                                                      Attorney for Plaintiff John Morales

///

///

*Morales v. 4188 E. Dakota, LLC*
Stipulation for Dismissal of Defendant 4188 E. Dakota, LLC ONLY and [Proposed] Order
Page 1

Date: October 9, 2012                                   BARABAN & TESKE

                                                        /s/ James S. Link
                                                        James S. Link
                                                        Attorneys for Defendant 4188 E. Dakota, LLC

### ORDER

   The parties having so stipulated,

   IT IS HEREBY ORDERED that <u>only</u> Defendant 4188 E. Dakota, LLC is hereby dismissed from this action with prejudice.  The clerk is directed NOT to close this action.


IT IS SO ORDERED.

   Dated:   **October 10, 2012**                        **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE

*Morales v. 4188 E. Dakota, LLC*
Stipulation for Dismissal of Defendant 4188 E. Dakota, LLC ONLY and [Proposed] Order
Page 2