K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
John Morales

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES,<br><br>    Plaintiff,<br><br>vs.<br><br>4188 E. DAKOTA, LLC, et al.,<br><br>    Defendants. | No. 1:12-cv-00274-LJO-SKO<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT 4188 E. DAKOTA, LLC ONLY; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff John Morales and Defendant 4188 E. Dakota, LLC ("Defendant"), the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), <u>only</u> Defendant 4188 E. Dakota, LLC is hereby dismissed from this action with prejudice.

Date: October 10, 2012                                 MOORE LAW FIRM, P.C.


                                                                        /s/Tanya E. Moore
                                                                        Tanya E. Moore
                                                                        Attorney for Plaintiff John Morales

///

///

*Morales v. 4188 E. Dakota, LLC*
Stipulation for Dismissal of Defendant 4188 E. Dakota, LLC ONLY and [Proposed] Order

Page 1

Date: October 9, 2012                                      BARABAN & TESKE

                                                       /s/ James S. Link
                                                       James S. Link
                                                       Attorneys for Defendant 4188 E. Dakota, LLC

## **ORDER**

    The parties having so stipulated,

    IT IS HEREBY ORDERED that <u>only</u> Defendant 4188 E. Dakota, LLC is hereby dismissed from this action with prejudice.  The clerk is directed NOT to close this action.

IT IS SO ORDERED.

    Dated:   **October 10, 2012**                            **/s/ Lawrence J. O'Neill**
                                                                                 UNITED STATES DISTRICT JUDGE