1 K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
2 MOORE LAW FIRM, P.C.
332 North Second Street
3 San Jose, California 95112
Telephone (408) 298-2000
4 Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
John Morales

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES, | No. 1:12-cv-00274-LJO-SKO |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| 4188 E. DAKOTA, LLC, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff John Morales and Defendant CalPac Pizza, LLC dba Pizza Hut (erroneously sued herein as Gelt Holdings, Inc. aka California Pizza, LLC aka CalPac Pizza, LLC dba Pizza Hut), the remaining party to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: October 29, 2012            MOORE LAW FIRM, P.C.


                                  /s/Tanya E. Moore
                                  Tanya E. Moore
                                  Attorney for Plaintiff John Morales

///

*Morales v. 4188 E. Dakota, LLC, et al.*
Stipulation for Dismissal of Action; [Proposed] Order
Page 1

| | |
|---|---|
| Date: October 26, 2012 | JEFFER, MANGELS, BUTLER & MITCHELL, LLP |
| | /s/ Martin H. Orlick |
| | Martin H. Orlick |
| | Attorneys for Defendant CalPac Pizza, LLC dba Pizza Hut (erroneously sued herein as Gelt Holdings, Inc. aka California Pizza, LLC aka CalPac Pizza, LLC dba Pizza Hut) |

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **October 29, 2012**            **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE

*Morales v. 4188 E. Dakota, LLC, et al.*
Stipulation for Dismissal of Action; [Proposed] Order
Page 2